Sharon A. GIBBONS, Appellant,

v.

Jo Anne B. BARNHART, Commissioner, Social Security Administration, Appellee.

No. 03–3460.

United States Court of Appeals, Eighth Circuit.

Submitted June 17, 2004.

Decided June 28, 2004.

Frederick S. Spencer, Mountain Home, AR, for Plaintiff–Appellant.

Larry Reed McCord, U.S. Attorney's Office, Fort Smith, AR, Steven A. Ford, Dallas, TX, for Defendant–Appellee.

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

PER CURIAM.

Sharon Gibbons appeals the district court's[1] decision upholding the Commissioner's denial of her application for disability insurance benefits after a hearing before an administrative law judge (ALJ), and after the Appeals Council denied review. Having reviewed the record, we find the Commissioner's final decision is supported by substantial evidence on the record as a whole. *See Harris v. Barnhart,* 356 F.3d 926, 928 (8th Cir.2004). In particular, the ALJ properly relied on vo-

---

1. The Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas, to whom the case was re-

ferred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

cational expert testimony, gave appropriate weight to Gibbons's subjective complaints, made explicit findings regarding her residual functional capacity, considered her impairments in combination, and fully developed the record.

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

